DE BLASIS ET AL. *v.* VESTRY OF ADDISON PARISH DIOCESE OF WASHINGTON, INC., ET AL.

[No. 42, September Term, 1962.]

*Decided October 22, 1962.*

The cause was argued before BRUNE, C. J., and HENDERSON, PRESCOTT, MARBURY and SYBERT, JJ.

*Samuel J. De Blasis,* with whom were *De Blasis & Kahler* on the brief, for appellants.

*William H. McCullough,* with whom were *McCullough & Pace* on the brief, for appellees.

P**ER** C**URIAM**.

For the reasons set forth in the opinion of Judge Digges in the court below, in which he found no evidence of mistake in the original comprehensive zoning plan, nor that the character of the neighborhood had changed to such an extent that reclassification ought properly to be made (in which conclusions, after a careful review of the record before us, we concur, under the authority of *Didlake v. Poteet,* 228 Md. 588, 180 A. 2d 828, and *Baltimore v. N. A. A. C. P.,* 221 Md. 329, 157 A. 2d 433), the order of the Circuit Court for Prince George's County reversing the order of the Board of County Commissioners, sitting as the District Council, which had granted the petition for rezoning, must be affirmed.

*Order affirmed, with costs.*